McEwan Brothers, Respondent, v. Ledrue Billings, Appellant, Impleaded with Others.

*McEwen Brothers* v. *Kervin*, 138 App. Div. 915, reversed.
(Argued November 1, 1911; decided November 21, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 24, 1910, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover upon an account for goods alleged to have been sold and delivered.

*M. B. Jewell* for appellant.

*James T. Ward* for respondent.

Judgment reversed and new trial granted, costs to abide event, because of error in admission of declarations of Whitney as to the interest of appellant Billings in oil leases and his membership in the Billings Oil Company; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and COLLIN, JJ.

---

HERMAN D. WALTERS, Respondent, v. DAVID GRINBERG et al., Appellants.

*Walters* v. *Grinberg*, 138 App. Div. 933, affirmed.
(Submitted November 1, 1911; decided November 21, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 20, 1910, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for an alleged conversion.

*T. B. Merchant* and *L. M. Merchant* for appellants.

*Archibald Howard* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and COLLIN, JJ.